FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2022

No. 04-21-00400-CR

Stephon **MOODY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR12926
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

 The reporter's record was originally due November 15, 2021, but was not filed. On November 19, 2021, this court notified court reporter Mary Beth Sasala by letter that the reporter's record was late and directed her to either: (1) file a notification of late record within ten days; or (2) file the reporter's record within thirty days. Ms. Sasala did not respond to our letter, so on December 22, 2021, we ordered her to file the record by January 6, 2022. On January 13, 2022, Ms. Sasala filed a notification of late record requesting an extension of time to file the record until February 6, 2022, for a total extension of 80 days. After consideration, we **GRANT** the request and **ORDER** Ms. Sasala to file the record **by February 6, 2022**. **Further requests for extensions of time will be disfavored**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court